| Fill in this information to identify the case: | |
|---|---|
| Debtor name | CloudMine, Inc. |
| United States Bankruptcy Court for the: | EASTERN DISTRICT OF PENNSYLVANIA |
| Case number (if known) | 18-17341 |

☐ Check if this is an amended filing

Official Form 206E/F
# Schedule E/F: Creditors Who Have Unsecured Claims  12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

**Part 1:   List All Creditors with PRIORITY Unsecured Claims**

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

    ■ No. Go to Part 2.
    ☐ Yes. Go to line 2.

**Part 2:   List All Creditors with NONPRIORITY Unsecured Claims**

3. List in alphabetical order all of the creditors with nonpriority unsecured claims. If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

| | | | Amount of claim |
|---|---|---|---|
| 3.1 | **Nonpriority creditor's name and mailing address**<br>1 Password<br>Suite 303<br>49 Spadina Avenue<br>Toronto, Canada, M5V 2J1<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** **Vendor**<br>Is the claim subject to offset?  ■ No  ☐ Yes | **$44.91** |
| 3.2 | **Nonpriority creditor's name and mailing address**<br>A-lign<br>400 N Ashley Drive<br>Suite 1325<br>Tampa, FL 33602<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** **Vendor**<br>Is the claim subject to offset?  ■ No  ☐ Yes | **$11,193.58** |
| 3.3 | **Nonpriority creditor's name and mailing address**<br>ADT Security<br>1 Town Center Road<br>Boca Raton, FL 33486<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** **Vendor/utlity**<br>Is the claim subject to offset?  ■ No  ☐ Yes | **$60.10** |
| 3.4 | **Nonpriority creditor's name and mailing address**<br>Albany Medical (Somml Health, Inc.)<br>43 New Scotland Avenue (MC)<br>Albany, NY 12208<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** **FOR NOTICE PURPOSES ONLY**<br>Is the claim subject to offset?  ■ No  ☐ Yes | **$0.00** |

| Debtor | CloudMine, Inc. | Case number (if known) | 18-17341 |
|---|---|---|---|
| | Name | | |

---

**3.5** **Nonpriority creditor's name and mailing address**
Albert Wray
4 Hempstead Road
Newtown Square, PA 19073

Date(s) debt was incurred  _
Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  _

Is the claim subject to offset?  ■ No   ☐ Yes

**Unknown**

---

**3.6** **Nonpriority creditor's name and mailing address**
Alpine Security, LLC
7 Eagle Center
Suite B-5
O Fallon, IL 62269

Date(s) debt was incurred  _
Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **FOR NOTICE PURPOSES ONLY**

Is the claim subject to offset?  ■ No   ☐ Yes

**$0.00**

---

**3.7** **Nonpriority creditor's name and mailing address**
Amazon Web Services, Inc.
410 Terry Ave North
Seattle, WA 98109-5210

Date(s) debt was incurred  _
Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Vendor**

Is the claim subject to offset?  ■ No   ☐ Yes

**$68,327.34**

---

**3.8** **Nonpriority creditor's name and mailing address**
American Express
1600 John F Kennedy Blvd H
Philadelphia, PA 19103-2852

Date(s) debt was incurred  _
Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Credit Card**

Is the claim subject to offset?  ■ No   ☐ Yes

**$40,373.35**

---

**3.9** **Nonpriority creditor's name and mailing address**
American Heart Association, Inc.
7272 Greenville Avenue
Dallas, TX 75231

Date(s) debt was incurred  _
Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **FOR NOTICE PURPOSES ONLY**

Is the claim subject to offset?  ■ No   ☐ Yes

**$0.00**

---

**3.10** **Nonpriority creditor's name and mailing address**
Amgen U.S.A., Inc.
P.O. Box 667
Newbury Park, CA 91319-0667

Date(s) debt was incurred  _
Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **FOR NOTICE PURPOSES ONLY**

Is the claim subject to offset?  ■ No   ☐ Yes

**$0.00**

---

**3.11** **Nonpriority creditor's name and mailing address**
App Minis
156 2nd Street
Suite 211
San Francisco, CA 94105

Date(s) debt was incurred  _
Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **FOR NOTICE PURPOSES ONLY**

Is the claim subject to offset?  ■ No   ☐ Yes

**$0.00**

---

| Debtor | CloudMine, Inc. | Case number (if known) | 18-17341 |
|---|---|---|---|
| | Name | | |

### 3.12
**Nonpriority creditor's name and mailing address**
Appcetera IMD Health Group, LLC
119 W. Gregory Blvd.
Kansas City, MO 64114

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** FOR NOTICE PURPOSES ONLY

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

### 3.13
**Nonpriority creditor's name and mailing address**
Arthur Spector
717 Earp Street
Philadelphia, PA 19147

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

### 3.14
**Nonpriority creditor's name and mailing address**
Ashley Hannan
1205 Wyngate Road
Wynnewood, PA 19096

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

### 3.15
**Nonpriority creditor's name and mailing address**
Atlassian Sydney
341 George St
Sydney NSW 2000
Australia

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Vendor

Is the claim subject to offset? ■ No  ☐ Yes

**$406.90**

### 3.16
**Nonpriority creditor's name and mailing address**
AXA Advisors
40 Monumemtn Road
# 205
Bala Cynwyd, PA 19004

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** FOR NOTICE PURPOSES ONLY

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

### 3.17
**Nonpriority creditor's name and mailing address**
Baer Crossey McDemus, LLC
1500 Walnut Street
Suite 501
Philadelphia, PA 19102

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Legal Services

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

### 3.18
**Nonpriority creditor's name and mailing address**
Bailey Chestnut Partners, LP
c/o Thylan Assoc., Inc. 805 3rd Avenue
10th Floor
New York, NY 10022

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Vendor

Is the claim subject to offset? ■ No  ☐ Yes

**$11,029.79**

| Debtor | CloudMine, Inc. | Case number (if known) | 18-17341 |
|---|---|---|---|
| | Name | | |

---

**3.19** **Nonpriority creditor's name and mailing address**
**Barnes and Noble College**
**129 Mountain View Blvd.**
**Basking Ridge, NJ 07920**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **FOR NOTICE PURPOSES ONLY**

Is the claim subject to offset? ■ No   ☐ Yes

$0.00

---

**3.20** **Nonpriority creditor's name and mailing address**
**Benjamin Cohen**
**49 Dover Street**
**Apt. 24**
**Somerville, MA 02144**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No   ☐ Yes

Unknown

---

**3.21** **Nonpriority creditor's name and mailing address**
**Brendan McCorkle**
**310 Cornell Avenue**
**Swarthmore, PA 19081**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Investor - Convertible Note**

Is the claim subject to offset? ■ No   ☐ Yes

$1,206.00

---

**3.22** **Nonpriority creditor's name and mailing address**
**Brett Taylor**
**2323 Race Street**
**Unit 504**
**Philadelphia, PA 19103**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No   ☐ Yes

Unknown

---

**3.23** **Nonpriority creditor's name and mailing address**
**CAMBRIDGE INNOVATION**
**One Broadway**
**14th Floor**
**Cambridge, MA 02142**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **FOR NOTICE PURPOSES ONLY**

Is the claim subject to offset? ■ No   ☐ Yes

$0.00

---

**3.24** **Nonpriority creditor's name and mailing address**
**Cemah Tudae-Torboh**
**579 Fountain Street**
**Philadelphia, PA 19128**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No   ☐ Yes

Unknown

---

**3.25** **Nonpriority creditor's name and mailing address**
**Center for Discovery**
**4281 Katella Avenue**
**Suite 111**
**Los Alamitos, CA 90720**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **FOR NOTICE PURPOSES ONLY**

Is the claim subject to offset? ■ No   ☐ Yes

$0.00

---

| Debtor | **CloudMine, Inc.** | Case number (if known) | **18-17341** |
|---|---|---|---|
| | Name | | |

| 3.26 | **Nonpriority creditor's name and mailing address**<br>**Children's Hospital of Philadelphia**<br>**3401 Civic Center Blvd.**<br>**Philadelphia, PA 19104**<br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** **FOR NOTICE PURPOSES ONLY**<br>Is the claim subject to offset? ■ No ☐ Yes | **$0.00** |
|---|---|---|---|
| 3.27 | **Nonpriority creditor's name and mailing address**<br>**Chubb**<br>**P.O. Box 382001**<br>**Pittsburgh, PA 15250-8001**<br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** **Insurance carrier**<br>Is the claim subject to offset? ■ No ☐ Yes | **Unknown** |
| 3.28 | **Nonpriority creditor's name and mailing address**<br>**CIRCLECI**<br>**201 Spear Street**<br>**# 1200**<br>**San Francisco, CA 94105**<br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** **Vendor**<br>Is the claim subject to offset? ■ No ☐ Yes | **$150.00** |
| 3.29 | **Nonpriority creditor's name and mailing address**<br>**Clenz Philly**<br>**1215 Crease St**<br>**Philadelphia, PA 19125**<br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** **Vendor**<br>Is the claim subject to offset? ■ No ☐ Yes | **$950.40** |
| 3.30 | **Nonpriority creditor's name and mailing address**<br>**Cleveland Clinic**<br>**PO Box 931820**<br>**Cleveland, OH 44193**<br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** **Vendor**<br>Is the claim subject to offset? ■ No ☐ Yes | **$7,500.00** |
| 3.31 | **Nonpriority creditor's name and mailing address**<br>**Comcast**<br>**1701 JFK Blvd.**<br>**Philadelphia, PA 19103**<br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** **Utility**<br>Is the claim subject to offset? ■ No ☐ Yes | **$308.18** |
| 3.32 | **Nonpriority creditor's name and mailing address**<br>**Corey Crawford**<br>**1013 Jackson Street**<br>**Philadelphia, PA 19148**<br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>■ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** _<br>Is the claim subject to offset? ■ No ☐ Yes | **Unknown** |

Debtor **CloudMine, Inc.** Case number (if known) **18-17341**
        Name

| 3.33 | **Nonpriority creditor's name and mailing address** **CT Corporation** **P.O. Box 4349** **Carol Stream, IL 60197-4349** | **As of the petition filing date, the claim is:** Check all that apply. ☐ Contingent ☐ Unliquidated ☐ Disputed | **$0.00** |
|---|---|---|---|
| | Date(s) debt was incurred _ Last 4 digits of account number _ | **Basis for the claim:** **FOR NOTICE PURPOSES ONLY** Is the claim subject to offset? ■ No ☐ Yes | |
| 3.34 | **Nonpriority creditor's name and mailing address** **Datadog, Inc.** **620 8th Ave, 45th Floor** **New York, NY 10018** | **As of the petition filing date, the claim is:** Check all that apply. ☐ Contingent ☐ Unliquidated ☐ Disputed | **$4,860.00** |
| | Date(s) debt was incurred _ Last 4 digits of account number _ | **Basis for the claim:** **Vendor** Is the claim subject to offset? ■ No ☐ Yes | |
| 3.35 | **Nonpriority creditor's name and mailing address** **DeSimone Group Investments, LLC** **6 Esterbrook Lane** **Cherry Hill, NJ 08003** | **As of the petition filing date, the claim is:** Check all that apply. ☐ Contingent ☐ Unliquidated ☐ Disputed | **$295,374.00** |
| | Date(s) debt was incurred _ Last 4 digits of account number _ | **Basis for the claim:** **Investor - Convertible Note** Is the claim subject to offset? ■ No ☐ Yes | |
| 3.36 | **Nonpriority creditor's name and mailing address** **Digicert, Inc.** **2801 N. Thanksgiving Way** **# 500** **Lehi, UT 84043** | **As of the petition filing date, the claim is:** Check all that apply. ☐ Contingent ☐ Unliquidated ☐ Disputed | **$0.00** |
| | Date(s) debt was incurred _ Last 4 digits of account number _ | **Basis for the claim:** **FOR NOTICE PURPOSES ONLY** Is the claim subject to offset? ■ No ☐ Yes | |
| 3.37 | **Nonpriority creditor's name and mailing address** **Discover.Org LLC** **Unit 94** **PO Box 4500** **Portland, OR 97208** | **As of the petition filing date, the claim is:** Check all that apply. ☐ Contingent ☐ Unliquidated ☐ Disputed | **$11,970.00** |
| | Date(s) debt was incurred _ Last 4 digits of account number _ | **Basis for the claim:** **Vendor** Is the claim subject to offset? ■ No ☐ Yes | |
| 3.38 | **Nonpriority creditor's name and mailing address** **DocOpC** **70411 LA-21** **Covington, LA 70433** | **As of the petition filing date, the claim is:** Check all that apply. ☐ Contingent ☐ Unliquidated ☐ Disputed | **$0.00** |
| | Date(s) debt was incurred _ Last 4 digits of account number _ | **Basis for the claim:** **FOR NOTICE PURPOSES ONLY** Is the claim subject to offset? ■ No ☐ Yes | |
| 3.39 | **Nonpriority creditor's name and mailing address** **Dropbox** **333 Brannan Street** **San Francisco, CA 94107** | **As of the petition filing date, the claim is:** Check all that apply. ☐ Contingent ☐ Unliquidated ☐ Disputed | **$0.00** |
| | Date(s) debt was incurred _ Last 4 digits of account number _ | **Basis for the claim:** **FOR NOTICE PURPOSES ONLY** Is the claim subject to offset? ■ No ☐ Yes | |

Debtor  **CloudMine, Inc.**                                          Case number (if known)  **18-17341**
              Name

| | | |
|---|---|---:|
| 3.40 | **Nonpriority creditor's name and mailing address**<br>**Duo Security**<br>**489 S. El Camino Real**<br>**San Mateo, CA 94401**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:  Vendor**<br>Is the claim subject to offset?  ■ No   ☐ Yes | $120.00 |
| 3.41 | **Nonpriority creditor's name and mailing address**<br>**Eastern National**<br>**470 Maryland Drive**<br>**Suite 1**<br>**Fort Washington, PA 19034**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:  FOR NOTICE PURPOSES ONLY**<br>Is the claim subject to offset?  ■ No   ☐ Yes | $0.00 |
| 3.42 | **Nonpriority creditor's name and mailing address**<br>**Eisner Amper, LLP**<br>**750 Third Avenue**<br>**New York, NY 10017-2703**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:  FOR NOTICE PURPOSES ONLY**<br>Is the claim subject to offset?  ■ No   ☐ Yes | $0.00 |
| 3.43 | **Nonpriority creditor's name and mailing address**<br>**Elasticsearch, Inc.**<br>**PO Box 398523**<br>**San Francisco, CA 94139-8523**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:  Vendor**<br>Is the claim subject to offset?  ■ No   ☐ Yes | $16,983.00 |
| 3.44 | **Nonpriority creditor's name and mailing address**<br>**Envoy**<br>**410 Townsend Street**<br>**Suite 410**<br>**San Francisco, CA 94107**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:  Vendor**<br>Is the claim subject to offset?  ■ No   ☐ Yes | $119.00 |
| 3.45 | **Nonpriority creditor's name and mailing address**<br>**Excellis Interactive**<br>**1325 Morris Drive**<br>**Suite 120**<br>**Wayne, PA 19087**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:  FOR NOTICE PURPOSES ONLY**<br>Is the claim subject to offset?  ■ No   ☐ Yes | $0.00 |
| 3.46 | **Nonpriority creditor's name and mailing address**<br>**Expensify**<br>**548 Market street**<br>**Suite 61434**<br>**San Francisco, CA 94104**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:  Vendor**<br>Is the claim subject to offset?  ■ No   ☐ Yes | $47.25 |

| Debtor | CloudMine, Inc. | Case number (if known) | 18-17341 |
|---|---|---|---|
| | Name | | |

| | | | |
|---|---|---|---|
| 3.47 | **Nonpriority creditor's name and mailing address**<br>**Foxpass**<br>**1540 Market Street**<br>**Anchor Suite 100**<br>**San Francisco, CA 94102**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** __Vendor__<br><br>Is the claim subject to offset?  ■ No   ☐ Yes | **$450.00** |
| 3.48 | **Nonpriority creditor's name and mailing address**<br>**Gartner**<br>**12651 Gateway Blvd**<br>**Fort Myers, FL 33913**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** __Vendor__<br><br>Is the claim subject to offset?  ■ No   ☐ Yes | **$35,154.00** |
| 3.49 | **Nonpriority creditor's name and mailing address**<br>**GitHub**<br>**88 Colin P Kelly, Jr. Street**<br>**San Francisco, CA 94107**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** __Vendor__<br><br>Is the claim subject to offset?  ■ No   ☐ Yes | **$142.00** |
| 3.50 | **Nonpriority creditor's name and mailing address**<br>**Google**<br>**1600 Amphitheatre Parkway**<br>**Mountain View, CA 94043**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** __Vendor__<br><br>Is the claim subject to offset?  ■ No   ☐ Yes | **$105.55** |
| 3.51 | **Nonpriority creditor's name and mailing address**<br>**Grasshopper Group**<br>**197 1st Avenue**<br>**Suite # 200**<br>**Needham Heights, MA 02494**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** __Vendor__<br><br>Is the claim subject to offset?  ■ No   ☐ Yes | **$189.01** |
| 3.52 | **Nonpriority creditor's name and mailing address**<br>**Gusto**<br>**525 20th street**<br>**San Francisco, CA 94107**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** __Vendor__<br><br>Is the claim subject to offset?  ■ No   ☐ Yes | **$105.00** |
| 3.53 | **Nonpriority creditor's name and mailing address**<br>**Hansel Akers, III**<br>**450 N. 18th Street**<br>**Apt. 1141**<br>**Philadelphia, PA 19130**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>■ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** _<br><br>Is the claim subject to offset?  ■ No   ☐ Yes | **Unknown** |

| Debtor | CloudMine, Inc. | Case number (if known) | 18-17341 |
|---|---|---|---|
| | Name | | |

### 3.54 Nonpriority creditor's name and mailing address
**HIMSS**
**6923 Eagle Way**
**Chicago, IL 60678**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Vendor**

Is the claim subject to offset? ■ No  ☐ Yes

$4,875.00

---

### 3.55 Nonpriority creditor's name and mailing address
**Hitrust Alliance**
**6175 Main Street**
**Suite 420**
**Frisco, TX 75034**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **FOR NOTICE PURPOSES ONLY**

Is the claim subject to offset? ■ No  ☐ Yes

$0.00

---

### 3.56 Nonpriority creditor's name and mailing address
**Hotovo**
**Sturova 44**
**04001 Kosice SLOVAKIA**
**Kosice**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Vendor**

Is the claim subject to offset? ■ No  ☐ Yes

$18,753.00

---

### 3.57 Nonpriority creditor's name and mailing address
**HubSpot**
**25 First Street, 2nd Floor**
**Cambridge, MA 02141**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Vendor**

Is the claim subject to offset? ■ No  ☐ Yes

$3,726.00

---

### 3.58 Nonpriority creditor's name and mailing address
**Human Interest (FKA Captain401)**
**300 Montgomery Street**
**Suite 350**
**San Francisco, CA 94104**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **FOR NOTICE PURPOSES ONLY**

Is the claim subject to offset? ■ No  ☐ Yes

$0.00

---

### 3.59 Nonpriority creditor's name and mailing address
**Hummingbird Networks**
**980 Enchanted Way**
**# 204**
**Simi Valley, CA 93065**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **FOR NOTICE PURPOSES ONLY**

Is the claim subject to offset? ■ No  ☐ Yes

$0.00

---

### 3.60 Nonpriority creditor's name and mailing address
**Instapage, Inc.**
**118 King Street**
**Suite 450**
**San Francisco, CA 94107**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Vendor**

Is the claim subject to offset? ■ No  ☐ Yes

$79.00

| Debtor | CloudMine, Inc. | Case number (if known) | 18-17341 |
|---|---|---|---|
| | Name | | |

| | | | |
|---|---|---|---|
| 3.61 | **Nonpriority creditor's name and mailing address**<br>**INTERCOM, Inc.**<br>**55 2nd Street**<br>**4th Floor**<br>**San Francisco, CA 94105**<br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** **Vendor**<br>Is the claim subject to offset? ■ No  ☐ Yes | $70.60 |
| 3.62 | **Nonpriority creditor's name and mailing address**<br>**Intuit**<br>**2700 Coast Avenue**<br>**Mountain View, CA 94043**<br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** **Vendor**<br>Is the claim subject to offset? ■ No  ☐ Yes | $89.75 |
| 3.63 | **Nonpriority creditor's name and mailing address**<br>**Iron IO CH**<br>**288 7th Street**<br>**San Francisco, CA 94103**<br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** **Vendor**<br>Is the claim subject to offset? ■ No  ☐ Yes | $749.00 |
| 3.64 | **Nonpriority creditor's name and mailing address**<br>**James Nichols**<br>**60 Shorefront Park**<br>**Norwalk, CT 06854**<br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** **Investor - Convertible Note**<br>Is the claim subject to offset? ■ No  ☐ Yes | $5,000.00 |
| 3.65 | **Nonpriority creditor's name and mailing address**<br>**JAMF Software**<br>**NW 6335, PO Box 1450**<br>**Minneapolis, MN 55485**<br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** **Vendor**<br>Is the claim subject to offset? ■ No  ☐ Yes | $2,349.00 |
| 3.66 | **Nonpriority creditor's name and mailing address**<br>**Jeffrey Gardosh**<br>**111 E. MAdison Avenue**<br>**Collingswood, NJ 08108**<br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>■ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** _<br>Is the claim subject to offset? ■ No  ☐ Yes | **Unknown** |
| 3.67 | **Nonpriority creditor's name and mailing address**<br>**JetBrains**<br>**989 E. Hillside Blvd.**<br>**# 200**<br>**San Mateo, CA 94404**<br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** **Vendor**<br>Is the claim subject to offset? ■ No  ☐ Yes | $140.18 |

| Debtor | CloudMine, Inc. | Case number (if known) | 18-17341 |
|---|---|---|---|
| | Name | | |

| 3.68 | **Nonpriority creditor's name and mailing address**<br>**JFrog**<br>**270 E. Caribbean Drive**<br>**Sunnyvale, CA 94089**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** **Vendor**<br><br>Is the claim subject to offset? ■ No  ☐ Yes | **$14.17** |
|---|---|---|---|
| 3.69 | **Nonpriority creditor's name and mailing address**<br>**Lawrence J. Hollander Revocable Living**<br>**Trust Dated 11-19-2007**<br>**23220 Sanabria Loop**<br>**Bonita Springs, FL 34135**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** **Investor - Convertible Note**<br><br>Is the claim subject to offset? ■ No  ☐ Yes | **$5,000.00** |
| 3.70 | **Nonpriority creditor's name and mailing address**<br>**Linked In**<br>**62228 Collections Center Drive**<br>**Chicago, IL 60693-0622**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** **Vendor**<br><br>Is the claim subject to offset? ■ No  ☐ Yes | **$794.89** |
| 3.71 | **Nonpriority creditor's name and mailing address**<br>**LogMein**<br>**320 Summer Street**<br>**Boston, MA 02210**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** **Vendor**<br><br>Is the claim subject to offset? ■ No  ☐ Yes | **$172.29** |
| 3.72 | **Nonpriority creditor's name and mailing address**<br>**MEDAP, LLC**<br>**269 S. 9th Street**<br>**Philadelphia, PA 19107**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** **FOR NOTICE PURPOSES ONLY**<br><br>Is the claim subject to offset? ■ No  ☐ Yes | **$0.00** |
| 3.73 | **Nonpriority creditor's name and mailing address**<br>**Mentortech Ventures III LP**<br>**3401 Grays Ferry Avenue**<br>**Philadelphia, PA 19146**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** **Investor - Convertible Note**<br><br>Is the claim subject to offset? ■ No  ☐ Yes | **$316,492.00** |
| 3.74 | **Nonpriority creditor's name and mailing address**<br>**Microsoft**<br>**One Microsoft Way**<br>**Redmond, WA 98052**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** **Vendor**<br><br>Is the claim subject to offset? ■ No  ☐ Yes | **$89.64** |

| Debtor | CloudMine, Inc. | Case number (if known) | 18-17341 |
|---|---|---|---|
| | Name | | |

| | | | |
|---|---|---|---|
| 3.75 | **Nonpriority creditor's name and mailing address**<br>**MongoDB, Inc.**<br>**4365, PO Box 894365**<br>**Los Angeles, CA 90189-4365**<br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** **Vendor**<br>Is the claim subject to offset? ■ No  ☐ Yes | **Unknown** |
| 3.76 | **Nonpriority creditor's name and mailing address**<br>**Morgan, Lewis & Bockius LLP**<br>**1701 Market Street**<br>**Philadelphia, PA 19103**<br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** **Legal Services**<br>Is the claim subject to offset? ■ No  ☐ Yes | **Unknown** |
| 3.77 | **Nonpriority creditor's name and mailing address**<br>**Okta**<br>**301 Brannan street**<br>**San Francisco, CA 94107**<br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** **Vendor**<br>Is the claim subject to offset? ■ No  ☐ Yes | **$243.00** |
| 3.78 | **Nonpriority creditor's name and mailing address**<br>**PACT**<br>**200 S. Broad Street**<br>**Suite # 700**<br>**Philadelphia, PA 19102**<br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** **FOR NOTICE PURPOSES ONLY**<br>Is the claim subject to offset? ■ No  ☐ Yes | **$0.00** |
| 3.79 | **Nonpriority creditor's name and mailing address**<br>**Pagerduty, Inc.**<br>**600 Townsend Street**<br>**# 200**<br>**San Francisco, CA 94103**<br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** **Vendor**<br>Is the claim subject to offset? ■ No  ☐ Yes | **$103.68** |
| 3.80 | **Nonpriority creditor's name and mailing address**<br>**PECO**<br>**2610 S Delaware Ave**<br>**Philadelphia, PA 19148-4208**<br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** **Utility**<br>Is the claim subject to offset? ■ No  ☐ Yes | **$294.05** |
| 3.81 | **Nonpriority creditor's name and mailing address**<br>**Philadelphia Insurance Companies**<br>**P.O. Box 70251**<br>**Philadelphia, PA 19176-0251**<br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** _<br>Is the claim subject to offset? ■ No  ☐ Yes | **Unknown** |

| Debtor | **CloudMine, Inc.** | Case number (if known) | **18-17341** |
|---|---|---|---|
| | Name | | |

---

**3.82** **Nonpriority creditor's name and mailing address**
**Postdot Technologies, Inc.**
**595 Market street**
**San Francisco, CA 94105**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Vendor**

Is the claim subject to offset? ■ No  ☐ Yes

**$10.00**

---

**3.83** **Nonpriority creditor's name and mailing address**
**PR Newswire Assoc.**
**600 Harrison Street**
**San Francisco, CA 94107**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Vendor**

Is the claim subject to offset? ■ No  ☐ Yes

**$250.00**

---

**3.84** **Nonpriority creditor's name and mailing address**
**Q Compile, Inc.**
**665 Mountainview Road**
**Berwyn, PA 19312**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **FOR NOTICE PURPOSES ONLY**

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.85** **Nonpriority creditor's name and mailing address**
**Rachel Cosgrove**
**241 Dickinson Street**
**Philadelphia, PA 19147**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

**3.86** **Nonpriority creditor's name and mailing address**
**Redox, Inc.**
**2020 Eastwood Drive**
**Madison, WI 53704**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Vendor**

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.87** **Nonpriority creditor's name and mailing address**
**Redox, Inc.**
**2020 Eastwood Drive**
**Madison, WI 53704**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Vendor**

Is the claim subject to offset? ■ No  ☐ Yes

**$26,640.00**

---

**3.88** **Nonpriority creditor's name and mailing address**
**Robinhood Ventures**
**1755 N. 13th Street**
**Box # 183**
**Philadelphia, PA 19122**

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Investor - Convertible Note**

Is the claim subject to offset? ■ No  ☐ Yes

**$81,319.40**

---

Debtor **CloudMine, Inc.** Case number (if known) **18-17341**
_____Name_____

| | | |
|---|---|---|
| 3.89 | **Nonpriority creditor's name and mailing address**<br>**RUNSCOPE.COM**<br>**#14137 Market Street**<br>**San Francisco, CA 94104-5401**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** **Vendor**<br>Is the claim subject to offset? ■ No  ☐ Yes | **$199.00** |
| 3.90 | **Nonpriority creditor's name and mailing address**<br>**SaaSOptics, LLC**<br>**5185 Peachtree Parkway**<br>**Suite 280**<br>**Norcross, GA 30092**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** **FOR NOTICE PURPOSES ONLY**<br>Is the claim subject to offset? ■ No  ☐ Yes | **$0.00** |
| 3.91 | **Nonpriority creditor's name and mailing address**<br>**Safeguard Fund Management, Inc.**<br>**170 N. Radnor-Chester Road**<br>**Suite 200**<br>**Wayne, PA 19087**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** _<br>Is the claim subject to offset? ■ No  ☐ Yes | **$122,000.00** |
| 3.92 | **Nonpriority creditor's name and mailing address**<br>**Safeguard Scientific, Inc.**<br>**170 N. Radnor-Chester Road**<br>**Suite 200**<br>**Wayne, PA 19087**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** **Investor - Convertible Note**<br>Is the claim subject to offset? ■ No  ☐ Yes | **$3,438,681.00** |
| 3.93 | **Nonpriority creditor's name and mailing address**<br>**Salesforce Com Sales**<br>**1 Market Street**<br>**# 300**<br>**San Francisco, CA 94105**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** **FOR NOTICE PURPOSES ONLY**<br>Is the claim subject to offset? ■ No  ☐ Yes | **$0.00** |
| 3.94 | **Nonpriority creditor's name and mailing address**<br>**SENDGRID**<br>**1801 California Street**<br>**5th Floor**<br>**Denver, CO 80202**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** **Vendor**<br>Is the claim subject to offset? ■ No  ☐ Yes | **$49.95** |
| 3.95 | **Nonpriority creditor's name and mailing address**<br>**Set Point Medical**<br>**25101 Rye Canyon Loop**<br>**Valencia, CA 91355**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** **FOR NOTICE PURPOSES ONLY**<br>Is the claim subject to offset? ■ No  ☐ Yes | **$0.00** |

| Debtor | CloudMine, Inc. | Case number (if known) | 18-17341 |
|---|---|---|---|
| | Name | | |

| | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Amount |
|---|---|---|---|
| 3.96 | **SIIA**<br>1090 Vermont Avenue NW<br>6th Floor<br>Washington, DC 20005-4905<br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** **FOR NOTICE PURPOSES ONLY**<br>Is the claim subject to offset? ■ No  ☐ Yes | $0.00 |
| 3.97 | **Slack Technologies**<br>500 Howard Street<br>San Francisco, CA 94105<br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** **Vendor**<br>Is the claim subject to offset? ■ No  ☐ Yes | $81.00 |
| 3.98 | **Small Improvements - Data Solutions**<br>**Thurmann GbR Isarstr. 13**<br>14974 Ludwigsfelde<br>Germany<br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** **Vendor**<br>Is the claim subject to offset? ■ No  ☐ Yes | $150.00 |
| 3.99 | **Solarwinds**<br>7171 Southwest Parkway<br>Bldg. 400<br>Austin, TX 78735<br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** **Vendor**<br>Is the claim subject to offset? ■ No  ☐ Yes | $45.95 |
| 3.100 | **SUFU**<br>1100 E. Woodfield Road<br>Suite 350<br>Schaumburg, IL 60173<br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** **FOR NOTICE PURPOSES ONLY**<br>Is the claim subject to offset? ■ No  ☐ Yes | $0.00 |
| 3.101 | **Sympact-X, Inc.**<br>Div. of Clinical Epidemiology, V Bld.<br>Royal Victoria Hosp. 687 Pine Ave W<br>Montreal, Canada H3A1A1<br>  30000<br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** **FOR NOTICE PURPOSES ONLY**<br>Is the claim subject to offset? ■ No  ☐ Yes | $0.00 |
| 3.102 | **Synced Care**<br>200 Locust Street<br>Suite 301<br>Harrisburg, PA 17101<br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** **FOR NOTICE PURPOSES ONLY**<br>Is the claim subject to offset? ■ No  ☐ Yes | $0.00 |

Debtor  **CloudMine, Inc.** Case number (if known) **18-17341**
      Name

| 3.103 | **Nonpriority creditor's name and mailing address**<br>**Thomas Jefferson University Hospital**<br>**Information Services & Technology**<br>**833 Chestnut Street**<br>**Philadelphia, PA 19107**<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** **FOR NOTICE PURPOSES ONLY**<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$0.00** |
|---|---|---|
| 3.104 | **Nonpriority creditor's name and mailing address**<br>**Total Tech**<br>**10601-G Tierra Santa Blvd.**<br>**# 225**<br>**San Diego, CA 92124**<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** **FOR NOTICE PURPOSES ONLY**<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$0.00** |
| 3.105 | **Nonpriority creditor's name and mailing address**<br>**Traction Labs**<br>**225 Bush Street**<br>**# 370**<br>**San Francisco, CA 94104**<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** **FOR NOTICE PURPOSES ONLY**<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$0.00** |
| 3.106 | **Nonpriority creditor's name and mailing address**<br>**Trales**<br>**205 Marne Ave**<br>**Haddonfield, NJ 08033**<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** **FOR NOTICE PURPOSES ONLY**<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$0.00** |
| 3.107 | **Nonpriority creditor's name and mailing address**<br>**UBERCONFERENCE**<br>**100 California Street**<br>**Suite 500**<br>**San Francisco, CA 94111**<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** **Vendor**<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$35.85** |
| 3.108 | **Nonpriority creditor's name and mailing address**<br>**Validic**<br>**300 W Morgon Street**<br>**Suite 1200**<br>**Durham, NC 27701**<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** **Vendor**<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$45,900.00** |
| 3.109 | **Nonpriority creditor's name and mailing address**<br>**Verizon Wireless**<br>**140 W. street**<br>**New York, NY 10007**<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** **Utility**<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$463.92** |

Debtor  **CloudMine, Inc.**                                    Case number (if known)   **18-17341**
        Name

| | | |
|---|---|---|
| 3.110 | **Nonpriority creditor's name and mailing address**<br>**William Raymond**<br>**1118 Carpenter Street**<br>**Floor 1**<br>**Philadelphia, PA 19147**<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>■ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** __<br><br>Is the claim subject to offset?  ■ No  ☐ Yes | **Unknown** |
| 3.111 | **Nonpriority creditor's name and mailing address**<br>**WP ENGINE**<br>**504 Lavaca Street**<br>**# 1000**<br>**Austin, TX 78701**<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** **Vendor**<br><br>Is the claim subject to offset?  ■ No  ☐ Yes | **$600.00** |
| 3.112 | **Nonpriority creditor's name and mailing address**<br>**Yesware**<br>**75 Kneeland Street**<br>**Boston, MA 02111**<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** **FOR NOTICE PURPOSES ONLY**<br><br>Is the claim subject to offset?  ■ No  ☐ Yes | **$0.00** |
| 3.113 | **Nonpriority creditor's name and mailing address**<br>**Zapier, Inc.**<br>**548 Market Street**<br>**# 62411**<br>**San Francisco, CA 94104-5401**<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** **Vendor**<br><br>Is the claim subject to offset?  ■ No  ☐ Yes | **$15.00** |
| 3.114 | **Nonpriority creditor's name and mailing address**<br>**Zenefits**<br>**250 Brannan Street**<br>**San Francisco, CA 94107**<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** **Vendor**<br><br>Is the claim subject to offset?  ■ No  ☐ Yes | **$30.00** |

**Part 3:   List Others to Be Notified About Unsecured Claims**

**4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

**If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.**

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1 | **HIMSS**<br>**3310 W. Monroe Street**<br>**Suite 1700**<br>**Chicago, IL 60603** | Line  **3.54**<br><br>☐ Not listed. Explain ____ | __ |

**Part 4:   Total Amounts of the Priority and Nonpriority Unsecured Claims**

**5. Add the amounts of priority and nonpriority unsecured claims.**

|  |  | **Total of claim amounts** |
|---|---|---|
| **5a. Total claims from Part 1** | 5a.    $ | **0.00** |
| **5b. Total claims from Part 2** | 5b.  + $ | **4,582,675.68** |

Official Form 206 E/F          Schedule E/F: Creditors Who Have Unsecured Claims          Page 17 of 18

| Debtor | **CloudMine, Inc.** | Case number (if known) | **18-17341** |
|---|---|---|---|
| | Name | | |

**5c. Total of Parts 1 and 2**
Lines 5a + 5b = 5c.

5c.    $            **4,582,675.68**